# EXHIBIT 2

# Liebowitz Declaration

## DECLARATION OF RICHARD P. LIEBOWITZ

I, Richard P. Liebowitz, declare under penalty of perjury as follows:

1. I am over the age of eighteen, competent to testify and a member in good standing of the New York State Bar. I graduated from the Maurice A. Dean School of Law at Hofstra University in 2014. I was admitted to practice law in the State of New York in 2015.

2. I have never been licensed to practice law in the State of California.

3. I have never applied to become a member of the bar of the United States District Court for the Northern District of California because I recognized I was not eligible to become a member of that bar. I have never been admitted to the bar of the United States District Court for the Northern District of California.

4. Because I have never been a member of the bar of the United States District Court for the Northern District of California, pursuant to that Court's Local Civil Rule 11-3, I have applied to appear *pro hac vice* in particular actions. My applications to appear *pro hac vice* have been granted in particular Northern District of California cases.

5. On May 11, 2020, Magistrate Judge Neureiter issued a lengthy order about me and problems with my practice. *Mondragon v. Norak, LLC*, Case No. 1:19-cv-001437 (CMA-NRN). Magistrate Judge Neureiter ordered I be sanctioned in two respects. First, he required that I associate with a Colorado based attorney in the *Mondragon* case. Second, he directed me to file a "NOTICE OF ATTORNEY SANCTION" attaching his order in other pending U.S.D.C. of Colorado actions in which I have entered an appearance or which I file during the next six months. Magistrate Judge Neureiter also filed a disciplinary complaint with the Committee on Conduct. I have reflected about Magistrate Judge Neureiter's Order and the problems with my practice and conduct he described. I have conferred with respected ethics counsel in Colorado, New York and California. I have elected not to file a Rule 72 appeal of Magistrate Judge Neureiter's Order. I am in the process of retaining an experienced Colorado-based IP litigator to associate with me in the *Mondragon* case as ordered by Magistrate Judge Neureiter. I will comply the order to file a "NOTICE OF ATTORNEY SANCTION" in all my pending Colorado cases. I recognize there are a number of issues with my conduct and my practice that need to be corrected. I am attempting to associate with an experienced Colorado-based IP litigator on all my Colorado cases. I am working with my ethics counsel and law practice professionals to formulate a comprehensive plan to correct the problems with my conduct and practice discussed in Magistrate Judge Neureiter's Order and to present that plan to the Committee on Conduct.

1

6. Other than the situation created by Judge Donato's Order in the United States District Court for the District of Colorado, I remain a member in good standing of every State and Federal District Court bar to which I have been admitted.

June 9, 2020.

_____
Richard P. Liebowitz

2