UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No: 1:20-cv-00344-PAB-SKC

Gary Chisolm,

        Plaintiff,

-against-

Global Graphics & Design, Inc.,

        Defendant.

**MOTION FOR DEFAULT JUDGMENT**

Plaintiff Gary Chisholm ("Plaintiff" or "Chisholm") moves the Court for an entry of default judgment against Global Graphics & Design, Inc. ("Defendant") at the United States Courthouse, 901 19th Street, Denver, CO 80294, at a time and place to be set by the Court, pursuant to Rule 54(b) and Rule 55(b) of the Federal Rules for the following relief:

1. Directing that a default judgment as to liability for copyright infringement under 17 U.S.C. § 501 be entered against Defendant;

2. Ordering Defendant to pay $11,575.00 in statutory damages under 17 U.S.C. § 504(c) for willful copyright infringement;

3. Ordering Defendant to pay $1680.00 in attorneys' fees under 17 U.S.C. § 505 and $500.00 in costs pursuant to Fed.R. Civ. P. 54(d);

4. Ordering Defendant to pay post-judgment interest under 28 U.S.C.A. § 1961;

5. Directing that the Court retain jurisdiction over any matter pertaining to this judgment;

6.   Ordering dismissal of this case and directing the Clerk of the Court to remove it from the Court docket; and

**PLEASE TAKE FURTHER NOTICE** that service of a copy of this motion, annexed affidavit and exhibits upon Defendant may be made via Defendant's authorized registered agent or at its most current principal address and shall be deemed good and sufficient service thereof.

Dated: December 14, 2020

                                              **BARSHAY SANDERS, PLLC**
                                              By: /s Craig B. Sanders
                                              Craig B. Sanders, Esquire
                                              100 Garden City Plaza
                                              Suite 500 Garden City, New York 11530
                                              Tel. (516) 203-7600
                                              Fax: (516) 282-7878
                                              Our File No: 119550
                                              Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2020 I caused to be served via US Mail a copy of Plaintiff's Motion for Default on:

        Global Graphics & Design, Inc.
        1625 W. Candletree
        Peoria, Illinois 61614

                                              By: */s Craig B. Sanders*
                                               Craig B. Sanders