UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No: 1:20-cv-00344-PAB-SKC

Gary Chisolm,

    Plaintiff,

-against-

Global Graphics & Design, Inc.,

    Defendant.

## [PROPOSED] DEFAULT JUDGMENT

Upon consideration of Plaintiff Gary Chisholm ("Plaintiff" or "Chisholm") motion for a default judgment against Global Graphics & Design, Inc. ("Defendant") pursuant to Rule 54(b) and Rule 55(b) of the Federal Rules for the following relief, and the declaration of plaintiff's counsel Craig Sanders, Esq. and exhibits attached thereto, and upon all prior papers and proceedings filed herein, it is hereby:

**ORDERED**, **ADJUDGED** and **DECREED** that:

1. Default judgment as to liability for copyright infringement under 17 U.S.C. § 501 be entered for Plaintiff Gary Chisholm ("Plaintiff") against defendant Global Graphics & Design, Inc. ("Defendant"); and

2. Defendant shall pay $11,575.00 in statutory damages under 17 U.S.C. § 504(c) for copyright infringement, $1,680.00 in attorneys' fees under 17 U.S.C. § 505 and $500.00 in costs pursuant to Fed.R.Civ.P. 54(d) for a total judgment award to Plaintiff against Defendant of $13,755.00; and

3. Defendant shall pay post-judgment interest under 28 U.S.C.A. § 1961; and

4. the Court retains jurisdiction over any matter pertaining to this judgment; and

5. this case is dismissed and the Clerk of the Court shall remove it from the Court docket; and

Denver, CO

Dated: _____, ____          **SO ORDERED.**

_____
Philip A. Brimmer (U.S.D.J.)