

Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. **More**.



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (Gary Chisolm)[ in Name Claimant ]
Search Results: Displaying 1 of 11 entries

### 10.14.2015.CSG9522.

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002145769 / 2019-04-02 |
| **Application Title:** | 10.14.2015.CSG9522. |
| **Title:** | 10.14.2015.CSG9522. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Gary Chisolm. Address: 3381 Granview Rd, Granville, OH, 43023, United States. |
| **Date of Creation:** | 2015 |
| **Date of Publication:** | 2015-10-14 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Gary Chisolm; Domicile: United States. Authorship: Photograph. |
| **Copyright Note:** | Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire. |
| **Names:** | Chisolm, Gary |





Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page