IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00344-PAB-SKC

GARY CHISOLM,

   Plaintiff,

v.

GLOBAL GRAPHICS & DESIGNS INC.,

   Defendant.

---

## MINUTE ORDER

**Entered by Chief Judge Philip A. Brimmer**.

   This matter is before the Court on Richard Liebowitz's Response to June 3, 2020 Advisory Notice [Docket No. 16].  The Court construes Mr. Liebowitz's response as a motion for clarification.  Mr. Liebowitz asks the Court to clarify his status as counsel for plaintiff and asks that the Advisory Notice be vacated or, in the alternative, that the Court permit Mr. Liebowitz to represent his client in this matter.[1]  *Id.* at 1, 5.

   On November 30, 2020, the United States District Court for the Southern District of New York suspended Mr. Liebowitz from the practice of law before that court, which makes him ineligible to practice before this Court pursuant to D.C.COLO.LAttyR 3(c).  *See* Docket No. 27.

   Wherefore, it is

   **ORDERED** that Liebowitz Response to June 3, 2020 Advisory Notice [Docket No. 16] is **DENIED as moot**.

   DATED March 1, 2021.

---

   [1] The Court granted Mr. Liebowitz's motion to withdraw as plaintiff's attorney, Docket Nos. 20, 22.