IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Civil Action No. 20-cv-00344-PAB-SKC

GARY CHISOLM,

  Plaintiff,

v.

GLOBAL GRAPHICS & DESIGNS INC.,

  Defendant.

## ORDER TO SHOW CAUSE

This matter is before the Court *sua sponte*. On February 10, 2020, plaintiff Gary Chisolm filed this case against defendant Global Graphics & Design Inc. asserting claims for copyright infringement in violation of 17 U.S.C. §§ 106, 501(a). Docket No. 1 at 3-4. After defendant failed to respond to the complaint or otherwise appear in the action, plaintiff moved for entry of default. *See* Docket No. 29. The Clerk of the Court entered default against defendant on December 8, 2020. Docket No. 30. On December 14, 2020, plaintiff moved for entry of default judgment against defendant. Docket No. 31. On September 27, 2021, the Court denied plaintiff's motion without prejudice. Docket No. 34 at 6. Since that time, plaintiff has not taken steps to advance his case against defendant.

Federal Rule of Civil Procedure 41(b) allows the Court to dismiss a party's claims for failure to prosecute. *See Rogers v. Andrus Transp. Servs.*, 502 F.3d 1147, 1151 (10th Cir. 2007). Additionally, D.C.COLO.LCivR 41.1 provides: "[a] judicial officer may issue an order to show cause why a case should not be dismissed for failure to

prosecute or failure to comply with these rules, the Federal Rules of Civil Procedure, or a court order. If good cause is not shown, a district judge or a magistrate judge exercising consent jurisdiction may enter an order of dismissal with or without prejudice." In light of plaintiff's apparent failure to prosecute his claims against defendant, it is

    **ORDERED** that plaintiff shall show cause, **on or before August 11, 2023,** why this case should not be dismissed pursuant to Fed. R. Civ. P. 41(b) and Local Rule 41.1 for failure to prosecute.

    DATED July 27, 2023.

                                    BY THE COURT:

                                    PHILIP A. BRIMMER
                                    Chief United States District Judge