IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Civil Action No. 20-cv-00344-PAB-SKC

GARY CHISOLM,

    Plaintiff,

v.

GLOBAL GRAPHICS & DESIGNS INC.,

    Defendant.

## ORDER

This matter is before the Court on the Order to Show Cause [Docket No. 35] issued July 27, 2023. On February 10, 2020, plaintiff Gary Chisolm filed this case against defendant Global Graphics & Design Inc. asserting claims for copyright infringement in violation of 17 U.S.C. §§ 106, 501(a). Docket No. 1 at 3-4. After defendant failed to respond to the complaint or otherwise appear in the action, plaintiff moved for entry of default. *See* Docket No. 29. The Clerk of the Court entered default against defendant on December 8, 2020. Docket No. 30. On December 14, 2020, plaintiff moved for entry of default judgment against defendant. Docket No. 31. On September 27, 2021, the Court denied plaintiff's motion without prejudice. Docket No. 34 at 6. Since that time, plaintiff has not taken steps to advance his case against defendant. As such, on July 27, 2023, the Court issued an order to show cause why this case should not be dismissed for plaintiff's failure to prosecute the case. Docket No. 35 at 2. The Court ordered plaintiff to respond by August 11, 2023. *Id.* Plaintiff did not respond to the Court's order.

The Federal Rules of Civil Procedure give a district court ample tools to deal with a remiss litigant. *See Jones v. Thompson*, 996 F.2d 261, 264 (10th Cir. 1993). Rule 41(b) of the Federal Rules of Civil Procedure allows a defendant to move for dismissal of an action if the plaintiff fails to prosecute or to comply with a court order. *See id.*; *see also Nasious v. Two Unknown B.I.C.E. Agents*, 492 F.3d 1158, 1161 (10th Cir. 2007). Although the language of Rule 41(b) requires that the defendant file a motion to dismiss, the Rule has long been interpreted to permit courts to dismiss actions *sua sponte* for a plaintiff's failure to prosecute or comply with the rules of civil procedure or a court's orders. *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962). "When dismissing a case without prejudice, 'a district court may, without abusing its discretion, enter such an order without attention to any particular procedures.'" *AdvantEdge Bus. Grp. v. Thomas E. Mestmaker & Assocs., Inc.*, 552 F.3d 1233, 1236 (10th Cir. 2009) (affirming dismissal of a case under Rule 41(b) for failure to prosecute) (quoting *Nasious*, 492 F.3d at 1162).

Therefore, it is

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute. It is further

**ORDERED** that this case is closed.

DATED August 15, 2023.

BY THE COURT:

PHILIP A. BRIMMER
Chief United States District Judge