IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00344-PAB-SKC

GARY CHISOLM,

    Plaintiff,

v.

GLOBAL GRAPHICS & DESIGNS INC.,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 36] of Chief United States District Judge Philip A. Brimmer entered on August 15, 2023, it is

ORDERED that this case is DISMISSED WITHOUT PREJUDICE for failure to prosecute.  It is further

ORDERED that judgment shall enter in favor of defendant and against plaintiff.  It is further

ORDERED that this case is closed.

Dated: August 15, 2023.

                                                FOR THE COURT:

                                                Jeffrey P. Colwell, Clerk

                                                By s/ S. Grimm
                                                     Deputy Clerk